# United States Court of Appeals
## For the First Circuit

No. 25-1203

UNITED STATES,

Appellee,

v.

CHRISTOPHER PONZO,

Defendant - Appellant.

**MANDATE**

Entered: April 23, 2026

In accordance with the judgment of April 1, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Dustin Ming Chao
Howard M. Cooper
Karen Lisa Eisenstadt
Carol Elisabeth Head
Christian Kiely
Donald Campbell Lockhart
Lauren Maynard
Annabel Rodriguez
Max D. Stern
Sarah Elizabeth Walters