UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No.  22-10094-NMG |
| | ) | |
| CHRISTOPHER PONZO, | ) | |
| Defendant. | ) | |

**UNITED STATES' MOTION FOR PRELIMINARY ORDER OF FORFEITURE FOR
SUBSTITUTE ASSETS IN PARTIAL SATISFACTION OF
ORDER OF FORFEITURE (MONEY JUDGMENT)**

The United States of America, by its attorney, Leah B. Foley, United States Attorney for

the District of Massachusetts, respectfully moves this Court for the issuance of a Preliminary

Order of Forfeiture for Substitute Assets in Partial Satisfaction of Order of Forfeiture (Money

Judgment), pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), incorporating 21

U.S.C. § 853(p), and Rule 32.2(e) of the Federal Rules of Criminal Procedure.  A proposed

Preliminary Order of Forfeiture for Substitute Assets in Partial Satisfaction of Order of

Forfeiture (Money Judgment) is submitted herewith.  In support thereof, the United States sets

forth the following:

1.      On February 13, 2025, this Court issued an Order of Forfeiture (Money

Judgment) against the Defendant in the amount of $13,200,000.00 in United States currency.

*See* Docket No. 154.  In addition, the Court ordered that the United States was entitled to amend

its Order of Forfeiture (Money Judgment) at any time to include substitute property having a

value not to exceed that of the Money Judgment in order to satisfy the Order of Forfeiture

(Money Judgment) in whole or in part.  *Id.* at 2.

2.      On April 1, 2026, the First Circuit Court of Appeals upheld the Defendant's

sentence, including entry of the Order of Forfeiture (Money Judgment).  The mandate issues on

*Motion allowed.* 〜NMGorton, SUSDJ 05/13/2026