UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 1:22-CR-10094-002-NMG |
| CHRISTOPHER PONZO | ) | |
| Defendant. | ) | |
| | ) | |

**SATISFACTION OF RESTITUTION AND/OR FINE JUDGMENT**

Now comes the United States of America and acknowledges satisfaction of the assessment and fine Judgment as to the defendant in the above-captioned matter, Christopher Ponzo, by payment in full.

This Satisfaction does not affect the Order of Forfeiture (Money Judgment) in the amount of $13,200,000 entered in the case (Doc. No. 154), which remains outstanding.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

LEAH B. FOLEY
United States Attorney

By: /s/ Carol E. Head
CAROL E. HEAD
Assistant United States Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
Carol.Head@usdoj.gov

Date: June 5, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2026, this document was filed through the ECF system and sent electronically to any registered participants and/or a paper copy was sent by mail to Christopher Ponzo located in Boston, MA.

/s/ Carol E. Head
CAROL E. HEAD
Assistant United States Attorney